The People of the State of New York, Respondent,
against
Hamidou Barry, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Barbara F. Newman, J.H.O.), rendered October 23, 2017, convicting him, upon a plea of guilty, of violating Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (Barbara F. Newman, J.H.O.), rendered October 23, 2017, affirmed.
The accusatory instrument charging disorderly conduct (see Penal Law § 240.20[7]) was not jurisdictionally defective. Defendant's intent to cause public inconvenience, annoyance or alarm, or recklessness in creating such a risk, is fairly inferable from police allegations that at a specified date and time, and at Cathedral Parkway and Manhattan Avenue, defendant "put[] [the] driver side door of [his] car into [a police officer], pushing [the] officer into Westbound traffic, against numerous orders to stop" (see People v Thomas, 38 Misc 3d 127[A], 2012 NY Slip Op 52356[U] [App Term, 1st Dept 2012], lv denied 21 NY3d 1010 [2013]; People v Thomas, 32 Misc 3d 132[A], 2011 NY Slip Op 51338[U] [App Term, 1st Dept 2011], lv denied 19 NY3d 968 [2012]; see also People v Moye, 90 AD3d 472 [2011], lv denied 18 NY3d 926 [2012]). THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 17, 2018